UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

```
DOROTHY L. WRIGHT, ESQ. DLW0073
STEPHEN M. GOLDBERG, PC
917 NORTH WASHINGTON AVENUE
GREEN BROOK, NEW JERSEY 08812
(732) 968-2000
Attorney for Debtors
```

**Order Filed on February 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 13-21866

In Re:  RICHARD WARREN PINTO
and LAURA PINTO,
                    Debtors

Adv. No.

Hearing Date:

Judge: KCF

### ORDER APPROVING SETTLEMENT OF A PERSONAL INJURY CLAIM, PAYMENT OF ATTORNEY'S FEES AND COSTS AND PAYMENT TO DEBTORS

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: February 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtor: RICHARD WARREN PINTO and LAURA PINTO

Case No:  13-21866

Caption of Order: APPROVING SETTLEMENT OF PERSONAL INJURY CLAIM, APPROVAL OF ATTORNEYS FEES AND COSTS AND PAYMENT TO DEBTORS.

---

Upon consideration of Debtors Motion for an Order APPROVING SETTLEMENT OF PERSONAL INJURY CLAIM, APPROVAL OF ATTORNEYS FEES AND COSTS AND PAYMENT TO DEBTORS., and the Court having considered the papers filed, and testimony of witnesses and argument of counsel, if any, and good cause appearing therefore, it is hereby

**ORDERED** that the matter of Richard W. Pinto and Laura Pinto v. Robert Bernard and Paul Bernard, Case No. SOM-L-417-15 in the Superior Court of New Jersey, Middlesex County be settled and payments made as follows:

| | |
|---|---:|
| Amount of Settlement or Recovery - | $ 42,500.00 |
| Attorneys fees to Levinson Axelrod | 13,691.04 |
| Expenses - | 1,406.88 |
| Medical Liens | 3,840.95 |
| Net amount - | 23,541.13 |
| | |
| Net Amount payable to Trustee - | 8,112.00 |
| Balance to Debtors | 15,429.13 |

The net amount payable to the Trustee shall be administered in accordance with the Chapter 13 Plan as confirmed in this case.