UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**DOROTHY L. WRIGHT, ESQ. DLW0073**
**STEPHEN M. GOLDBERG, PC**
**917 NORTH WASHINGTON AVENUE**
**GREEN BROOK, NEW JERSEY 08812**
**(732) 968-2000**
**Attorney for Debtors**

**Order Filed on February 27, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.  13-21866

In Re:  RICHARD WARREN PINTO
   and LAURA PINTO,
                  Debtors

Adv. No.

Hearing Date:

Judge: KCF

## ORDER APPROVING SETTLEMENT OF A PERSONAL INJURY CLAIM, PAYMENT OF ATTORNEY'S FEES AND COSTS AND PAYMENT TO DEBTORS

The relief set forth on the following pages, numbered two (2) through  2  is hereby **ORDERED**.

**DATED: February 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtor: RICHARD WARREN PINTO and LAURA PINTO

Case No:   13-21866

Caption of Order: APPROVING SETTLEMENT OF PERSONAL INJURY CLAIM,
APPROVAL OF ATTORNEYS  FEES AND COSTS AND PAYMENT  TO DEBTORS.

---

Upon consideration of Debtors  Motion  for an Order  APPROVING SETTLEMENT OF
PERSONAL INJURY CLAIM, APPROVAL OF ATTORNEYS FEES AND COSTS AND
PAYMENT  TO DEBTORS., and the Court having considered the papers filed, and testimony of
witnesses and argument of counsel, if any,  and good cause appearing therefore, it is hereby

**ORDERED** that the matter of Richard W. Pinto and Laura Pinto v. Robert Bernard and
Paul Bernard, Case No. SOM-L-417-15 in the Superior Court of New Jersey, Middlesex County
be settled  and payments made as follows:

| | |
|---|---|
| Amount of Settlement or Recovery - | $ 42,500.00 |
| Attorneys fees to Levinson Axelrod | 13,691.04 |
| Expenses - | 1,406.88 |
| Medical Liens | 3,840.95 |
| Net amount - | 23,541.13 |
| | |
| Net Amount payable to Trustee - | 8,112.00 |
| Balance to Debtors | 15,429.13 |

The net amount payable to the Trustee shall be administered in accordance with the Chapter 13

Plan as confirmed in this case.

United States Bankruptcy Court
District of New Jersey

In re:
Richard Warren Pinto
       Debtor

Case No. 13-21866-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin       Page 1 of 1       Date Rcvd: Feb 27, 2017
                    Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db        Richard Warren Pinto,   375 Zion Road,   Hillsborough, NJ  08844-2515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo  docs@russotrustee.com
        Brian E Caine   on behalf of Creditor   HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
        BKcourtnotices@parkermccay.com
        Brian E Caine   on behalf of Creditor   M&T Bank, et al bcaine@parkermccay.com,
        BKcourtnotices@parkermccay.com
        Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Dorothy L. Wright   on behalf of Debtor Richard Warren Pinto bknoticesdlw@smgpc.com,
        dorothy.wright@smgpc.com
        Stephen M. Goldberg   on behalf of Debtor Laura  Pinto bk2notices@smgpc.com
        Stephen M. Goldberg   on behalf of Debtor Richard Warren Pinto bk2notices@smgpc.com
                                          TOTAL: 8