| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Stephen M. Goldberg, PC<br>917 North Washington Avenue<br>Green Brook, NJ 08812<br>(732) 752-8834<br>Stephen M. Goldberg, Esq. (SMG0478)<br>Attorney for the Debtor(s) | **Order Filed on March 15, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>RICHARD WARREN PINTO and<br>LAURA PINTO | Case No.: 13-21866<br>Chapter: 13<br>Judge: KCF |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 15, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stephen M. Goldberg, Esq._____, the applicant, is allowed a fee of $ _____700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____700.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Warren Pinto  
    Debtor

Case No. 13-21866-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 15, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.  
db         Richard Warren Pinto,    375 Zion Road,    Hillsborough, NJ   08844-2515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                      Signature:  <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:

          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
          Albert    Russo     docs@russotrustee.com  
          Brian E Caine     on behalf of Creditor     HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,  
           BKcourtnotices@parkermccay.com  
          Brian E Caine     on behalf of Creditor     M&T Bank, et al bcaine@parkermccay.com,  
           BKcourtnotices@parkermccay.com  
          Denise E. Carlon     on behalf of Creditor     M&T Bank dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Dorothy L. Wright     on behalf of Debtor Richard Warren Pinto bknoticesdlw@smgpc.com,  
           dorothy.wright@smgpc.com  
          Stephen M. Goldberg     on behalf of Debtor Laura    Pinto bk2notices@smgpc.com  
          Stephen M. Goldberg     on behalf of Debtor Richard Warren Pinto bk2notices@smgpc.com  
                                                                                                       TOTAL: 8