**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard Warren Pinto<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8540<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–21866–KCF | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Warren Pinto

8/7/17                                                                **By the court:** Kathryn C. Ferguson
                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Richard Warren Pinto
    Debtor

Case No. 13-21866-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 07, 2017
                  Form ID: 3180W     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2017.
```
db             Richard Warren Pinto,    375 Zion Road,    Hillsborough, NJ  08844-2515
sp            +Brian P McElroy,    Levinson Axelrod, P.A.,    302  Route 206 South & Triangle Rd.,
               Hillsborough, NJ 08844-4635
513968161     +Equifax Credit Information Services,    P O Box 740241,    Atlanta, GA 30374-0241
513968162     +Experian,    P O Box 2002,    Allen, TX 75013-2002
515952796     +M&T Bank, succ by merger to,    Hudson City Savings Bank,    c/o M&T Bank,    475 Crosspoint,
               Getzville, NY 14068-1609
513968164     +TransUnion,    P O Box 2000,    Chester, PA 19022-2000
513968167      Wfhm,    7255 Baymeadows Wa,    Des Moines, IA 50306
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2017 22:27:32     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2017 22:27:28     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
513968157     +EDI: RMCB.COM Aug 07 2017 22:03:00     Amca/American Medical Coll Agency,    Attn: Bankruptcy,
               Po Box 160,    Elmsford, NY 10523-0160
513968158     +EDI: RMCB.COM Aug 07 2017 22:03:00     Amca/American Medical Coll Agency,    2269 S Saw Mill,
               Elmsford, NY 10523-3832
514223265      EDI: RESURGENT.COM Aug 07 2017 22:03:00     Ashley Funding Services, LLC its successors and,
               assigns as assignee of Laboratory,    Corporation of America Holdings,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
513968160      EDI: CAPITALONE.COM Aug 07 2017 22:03:00     Capital 1 Bank,    Po Box 85520,
               Richmond, VA 23285
513968159     +EDI: CAPITALONE.COM Aug 07 2017 22:03:00     Capital 1 Bank,    Attn: Bankruptcy Dept.,
               Po Box 30285,    Salt Lake City, UT 84130-0285
514122013      EDI: CAPITALONE.COM Aug 07 2017 22:03:00     Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
513968163     +E-mail/Text: camanagement@mtb.com Aug 07 2017 22:27:18     Hudson City Savings Ba,
               West 80 Century Road,    Paramus, NJ 07652-1478
515952795     +E-mail/Text: camanagement@mtb.com Aug 07 2017 22:27:18     M&T Bank, et al,    c/o M&T Bank,
               Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,    Buffalo, NY 14203-1420
514228493     +EDI: WFFC.COM Aug 07 2017 22:03:00     Wells Fargo Bank, N.A.,
               Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Blvd,
               Fort Mill, SC 29715-7203
513968165      EDI: WFFC.COM Aug 07 2017 22:03:00     Wells Fargo Home Mortgage,    MAC X2505-030,
               1 Home Campus,    Des Moines, IA 50328-0001
513968166     +EDI: WFFC.COM Aug 07 2017 22:03:00     Wells Fargo Home Mortgage,    MAC D3347-016,
               3476 State View Blvd,    Fort Mill, SC 29715-7203
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Hudson City Savings Bank
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2017 at the address(es) listed below:
```
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Brian E Caine   on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 07, 2017
                              Form ID: 3180W           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Dorothy L. Wright    on behalf of Debtor Richard Warren Pinto bknoticesdlw@smgpc.com, dorothy.wright@smgpc.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al... nj.bkecf@fedphe.com
          Stephen M. Goldberg    on behalf of Debtor Laura  Pinto bk2notices@smgpc.com
          Stephen M. Goldberg    on behalf of Debtor Richard Warren Pinto bk2notices@smgpc.com
          TOTAL: 9